**TYSON & MENDES LLP**
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
Email: pobriant@tysonmendes.com
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email: npsyk@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Christine Piucci*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA LOPEZ, individually.<br><br>Plaintiff,<br>vs.<br><br>CHRISTINE PIUCCI, individually; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00900-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff CYNTHIA LOPEZ, by and through her counsel, STEVE DIMOPOULOS, ESQ. and MICHAEL C. LAFIA, ESQ. of DIMOPOULOS INJURY LAW, and Defendant CHRISTINE PIUCCI by and through her counsel, PRISCILLA L. O'BRIANT, ESQ. and NICHOLAS F. PSYK, ESQ. of TYSON & MENDES, LLP, that the Complaint filed by CYNTHIA LOPEZ and each and every cause of action alleged

///
///
///
///
///
///
///
///

1

therein, be dismissed WITH PREJUDICE, each side to bear its own attorney fees and costs.

DATED 29 day of November, 2023.   DATED 18th day of November, 2023.

_____
Steve Dimopoulos, Esq.
Michael C. Lafia, Esq.
Dimopoulos Injury Law
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

/s/ Priscilla O'Briant
_____
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
NICHOLAS F. PSYK, ESQ.
Nevada Bar No. 15983
TYSON & MENDES, LLP
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Cynthia Piucci*

2

*Lopez v. Piucci*
Case No.: 2:23-cv-00900-RFB-DJA

### ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing:

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff, and each and every cause of action alleged therein, be dismissed WITH PREJUDICE, each side to bear its own attorney fees and costs.

DATED: December 18, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
**TYSON & MENDES, LLP**

/s/Priscilla O'Briant
_____
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
NICHOLAS F. PSYK, ESQ.
Nevada Bar No. 15983
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Christine Piucci*